IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBERT ELLIOTT, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. |
| HORIZON PHARMA USA, INC. | ) |
| and | ) |
| ALEX ROSS, | ) |
| Defendants. | ) |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Horizon Pharma USA, Inc. and Alex Ross ( "Defendants"), through undersigned counsel, hereby file this Notice of Removal of the above-captioned action currently pending in the Circuit Court for Baltimore City, Case Number 24-C-15-003307. In support thereof, Defendant states as follows.

1. On June 23, 2015, Plaintiff Robert Elliott ("Plaintiff") initiated this civil action by filing a Complaint against Defendant in the Circuit Court for Baltimore City. A copy of Plaintiff's Complaint is appended hereto as Exhibit A.

2. Defendant Horizon Pharma USA, Inc. was served with a copy of the Complaint on or about July 6, 2015. Defendant Ross was not formally served, however, she consents to this Notice of Removal which is being filed within 30 days of the receipt of the Complaint by Defendant, and therefore, is timely filed. *See* 28 U.S.C. § 1446(b).

3. Plaintiff is a citizen of the State of Maryland. *See* Exhibit A.

4. Defendant Alex Ross is a citizen of Pennsylvania and Defendant Horizon Pharma USA, Inc. is a non-resident corporation existing under the laws of the State of Delaware with a

1

principle place of business in Deerfield, Illinois. Thus, pursuant to 28 U.S.C. § 1332, Defendant Horizon Pharma USA, Inc. and Defendant Alex Ross are not citizens of Maryland.

5. Complete diversity therefore exists between the parties.

6. In his Complaint, Plaintiff has alleged one count of negligent misrepresentation against both Defendants and one count of "negligent, intentional and/or reckless acts and/or omissions of Defendant Ross" against Defendant Horizon Pharma USA, Inc. based upon the *respondeat superior* doctrine. *See* Exhibit A.

7. Count I of Plaintiff's Complaint "demands judgment against each Defendant for compensatory damages and punitive damages in the sum of $74,000.00 with interest and costs" totaling $148,000.00 in damages. Count II of Plaintiff's Complaint seeks an additional "$74,000.00 in compensatory and punitive damages, plus interest and costs against Defendant Horizon Pharma USA Inc." totaling $220,000.00 in damages. Furthermore, Plaintiff is seeking both compensatory and punitive[1] damages in Count I and Count II.[2] Thus, the amount in controversy required under 28 U.S.C. § 1332(a) is satisfied.

8. This Court therefore has original jurisdiction of this civil action under the provisions of 28 U.S.C. § 1332, in that complete diversity exists between the parties and the amount in controversy exceeds $75,000.

9. A Notice of Filing for Removal to Federal Court is being filed contemporaneously in the Circuit Court for Baltimore City, a copy of which is attached hereto as Exhibit B.

10. Written notice of this pleading has been mailed to Plaintiff.

---

[1] The total amount in controversy includes any punitive damages, even if plaintiff's complaint does not allege a specific amount. *See e.g. Saval v. BL Ltd.,* 710 F.2d 1027, 1033 (4th Cir.1983); *see also Bowers v. Bank of Am., N.A.*, 905 F. Supp. 2d 697 (D. Md. 2012).

[2] Count II is only asserted against Defendant Horizon Pharma USA, Inc.

11. Exhibit A attached hereto represents all of the pleadings received by or served upon Defendant in connection with Plaintiff's claim.

12. Removal to this Court is appropriate because Plaintiff's action is pending in this District. *See* 28 U.S.C. § 1441(a).

WHEREFORE, Defendants Horizon Pharma USA, Inc. and Alex Ross respectfully pray that the above-referenced action brought in the Circuit Court for Baltimore City be immediately removed to this Court.

Dated: August 5, 2015                          Respectfully submitted,

*John B. Flood with permission Amanda N. Pickens*
John B. Flood (MD Bar No. 27925)
Amanda N. Pickens (MD Bar No. 19144)
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
1909 K Street, N.W., 10th Floor
Washington, D.C. 20006
Tel: (202) 887-0855
Fax: (202) 887-0866
E-mail: john.flood@ogletreedeakins.com
Email: amanda.pickens@ogletreedeakins.com
*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBERT ELLIOTT, | ) |
|       Plaintiff, | ) |
| v. | )   Civil Action No. |
| HORIZON PHARMA USA, INC. | ) |
| and | ) |
| ALEX ROSS, | ) |
|       Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August, 2015, the foregoing Notice of Removal was served on the following by depositing a copy in the United States mail with sufficient first-class postage pre-paid:

Joseph T. Mallon, Jr., Esq.
Mallon & McCool, LLC
300 East Lombard Street, Suite 815
Baltimore, MD 21202
Tel: (410) 727-7887
E-mail: jmallon@mallonandmccool.com
*Counsel for Plaintiff*

John B. Flood  *with permission* Amanda N. Pickens
John B. Flood
Amanda N. Pickens
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
1909 K Street, N.W., 10th Floor
Washington, D.C. 20006
Tel: (202) 887-0855
Fax: (202) 887-0866
E-mail: john.flood@ogletreedeakins.com
Email: amanda.pickens@ogletreedeakins.com
*Counsel for Defendants*

4